# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.

MICHAEL S. ABNEY,
    Defendant.

VIOLATION NOTICES
P062040
P063113
P251896

## ORDER TO SHOW CAUSE

COLLINGS, U.S.M.J.

    MICHAEL S. ABNEY, 317 Sheep Pond Road, Brewster, Massachusetts 02631 is ORDERED to appear before the undersigned United States magistrate judge on **WEDNESDAY, MARCH 23, 2005 AT 11:30 A.M.** at the Hyannis Post Office, Hyannis, Massachusetts and then and there to show cause, if any there be, why he should not be held in criminal contempt of Court for failing to obey the Court order to pay fines and assessments which total $305.00 by December 31, 2004. The fines and assessments were imposed on November 17, 2004.

Failure of MICHAEL S. ABNEY to appear at that time and place shall result in the issuance of a warrant for his arrest.

/s/ *signature*
ROBERT B. COLLINGS
United States Magistrate Judge

March 3, 2005.