# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      V.

                           MAGISTRATE JUDGE'S
                           DOCKET NO.
                           2005-M-0430RBC

                           (VIOLATION NOTICES NO.
                                P062040
                                P063113
                                P251896)

MICHAEL S. ABNEY,
317 Sheep Pond Road
Brewster, Massachusetts 02631
          Defendant.

## *ORDER OF ARREST*

COLLINGS, U.S.M.J.

To any authorized officer:

    You are hereby directed to arrest MICHAEL S. ABNEY and bring him

before the undersigned United States Magistrate Judge for him to show cause,

if any there be, why he should not be held in criminal contempt of Court for

failing to pay fines and assessments in accordance with a Court-ordered

payment schedule imposed on November 17, 2004 and for failing to appear

before the Court on March 23, 2005 as ordered in an Order to Show Cause.

ROBERT B. COLLINGS
United States Magistrate Judge

Date:  March 23, 2005

## *RETURN*

This Order was received and executed with the arrest of the above-named

defendant at _____.

Date received:  _____

Date of arrest:  _____

Name and Title of Arresting Officer:  _____

Signature of Arresting Officer:  _____